UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| LAWSON G. STEVE, | ) | |
| Plaintiff, | ) | 3: 09-cv-00348-RCJ -VPC |
| vs. | ) | |
| | ) | **ORDER** |
| MESHELL PRAWITZ, *et al.,* | ) | |
| Defendants. | ) | |

Plaintiff is proceeding *pro se* and *in forma pauperis* in this civil rights complaint pursuant to 42 U.S.C. § 1983. On July 15, 2009, the court entered an order in which it found that plaintiff would not be required to pay an initial partial filing fee. (Docket #3.) The court also ordered as follows:

> **IT IS FURTHER ORDERED** that, pursuant to 28 U.S.C. § 1915, as amended by the Prison Litigation Reform Act of 1996, the Lander County Detention Facility shall pay to the Clerk of the United States District Court, District of Nevada, 20% of the preceding month's deposits to the plaintiff's account (in months that the account exceeds $10.00) until the full $350 filing fee has been paid for this action."

*Id.* This court has never received any payment towards plaintiff's filing fee.

On June 22, 2010, the court entered an order requiring plaintiff to file a short response within ten days informing the court whether he was still incarcerated, and if so, the name of the institution at which he was incarcerated. (Docket #8.) Further, the court directed plaintiff, if he was not incarcerated, to inform the court whether he wished to pay the $350 filing fee in this action or file a new application to proceed *in forma pauperis*. *Id*. Plaintiff was expressly warned that failure to file

a timely response to the order would result in the immediate dismissal of this action. *Id*. Plaintiff has not filed a response to this court's order of June 22, 2010.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED**. The clerk shall enter judgment accordingly.

DATED this 19th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE