AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF     NEVADA

LAWSON G. STEVE,

       Plaintiff,                    JUDGMENT IN A CIVIL CASE
V.

                                   CASE NUMBER:  3:09-CV-00348-RCJ-VPC

MESHELL PRAWITZ, et al,

       Defendants.

\_\_\_   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED.


October 20, 2010                                                    **LANCE S. WILSON**
   Date                                                                                Clerk

                                                             /s/   M. Campbell
                                                                 Deputy Clerk